# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cogan, Brian M. | 2. Court or Organization<br><br>U.S. District Court, ED of NY | 3. Date of Report<br><br>05/05/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

US Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board of Trustees | Brooklyn Queens Conservatory of Music |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Brooklyn Law School - teaching | $15,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Hogan Lovells US LLP, Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Patent Litigation Seminar | April 23-24 | Charleston, SC | Patent Litigation Seminar | Transportation, meals and hotel |
| 2. | Federal Judicial Center | November 25, 2013 | New York, New York | Preparation of 2012 FDR | Professional fees |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Amex Platinum | Credit Card | M |
| 2. | Chase Visa | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JPMorgan Chase Bank account | A | Interest | N | T | | | | | |
| 2. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 3. Brokerage Account #8 | | | | | | | | | |
| 4. - JP Morgan TR I NY Muni Money MKT Fund | A | Dividend | J | T | | | | | |
| 5. - Franklin Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 6. Brokerage Account #10 | | | | | | | | | |
| 7. - Causeway International Value Fund | A | Dividend | J | T | | | | | |
| 8. - Cullen High Dividend Equity Fund | A | Dividend | J | T | | | | | |
| 9. - Davis New York Venture Fund Inc. Cl A | B | Dividend | J | T | | | | | |
| 10. - Doubleline FDS TR Total Return BD FD CL N | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 11. - Oakmark International Fund | A | Dividend | J | T | Buy | 08/14/13 | J | | |
| 12. - Guggenheim Mid Cap Value | A | Dividend | J | T | Sold (part) | 01/14/13 | J | A | |
| 13. - Oppenheimer International Growth Fund Cl A | A | Dividend | J | T | Buy | 01/16/13 | J | | |
| 14. - Ishares Tr Barclays 1-3 Yr Treas.(ETFS) | | None | | | Sold | 01/14/13 | J | A | |
| 15. - Ishares MSCI EAFE Index Fund (ETFS) | | None | | | Sold | 01/14/13 | J | B | |
| 16. - Ishares Trust Russell Midcap Index Fund (ETFS) | A | Dividend | J | T | Sold (part) | 01/14/13 | J | C | |
| 17. - Ishares Russell 2000 Growth Index Fund (ETFS) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ishares Core Total US Bd | A | Dividend | J | T | | | | | |
| 19. -Ishares US Basic Materials | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 20. - Janus Invt Fund | B | Dividend | J | T | Sold (part) | 01/14/13 | J | C | |
| 21. - JPMorgan TR I Prime Money Mkt FD | A | Dividend | J | T | | | | | |
| 22. - PIMCO High Yield Fund Cl A | A | Dividend | K | T | Sold (part) | 01/14/13 | J | A | |
| 23. - Powershares DB Commodity Index | | None | J | T | | | | | |
| 24. - SPDR Dow Jones REIT | A | Dividend | J | T | | | | | |
| 25. - SPDR SER TR | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 26. - SPDR Gold TR | | None | J | T | Buy | 01/14/13 | J | | |
| 27. - Thornburg Intl Value Fund | A | Dividend | J | T | Sold (part) | 08/13/13 | J | C | |
| 28. Brokerage Account #16 | | | | | | | | | |
| 29. - Alger Capital Appreciation Instl Portfoli | C | Dividend | K | T | | | | | |
| 30. - Artisan International Value Fund Inv Shs | B | Dividend | K | T | Buy | 01/14/13 | K | | |
| 31. - Baron Asset Fd I Opportunity Fund | B | Dividend | K | T | | | | | |
| 32. - Columbia FDS SER TR Small Cap Value II FD | B | Dividend | K | T | | | | | |
| 33. - Columbia FDS SER TR II MASS Select Large Cap Value | B | Dividend | L | T | Sold (part) | 09/16/13 | J | B | |
| 34. -Causeway International Value Fund Investor Class | | None | | | Sold | 04/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Cullen High Dividend Equity Fund | A | Dividend | K | T | Sold (part) | 01/14/13 | L | D | |
| 36. - Doubleline FDS TR Total Return BD FD | B | Dividend | | | Sold | 09/10/13 | L | A | |
| 37. - Eaton Vance Mut FDS TR FLTG Rate Fd | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 38. - Oakmark International Fund | A | Dividend | K | T | Buy | 04/29/13 | K | | |
| 39. - Guggenheim Mid Cap Value | B | Dividend | K | T | | | | | |
| 40. - Ishare Trust Russell 1000 Growth Index | A | Dividend | K | T | Sold (part) | 04/26/13 | J | A | |
| 41. - Ishares US Basic Materials | A | Dividend | K | T | Buy | 01/14/13 | K | | |
| 42. - Ishares NASDAQ Biotechnology Index Fd | A | Dividend | K | T | Buy | 04/26/13 | K | | |
| 43. - JPMorgan TR I Tax Free Money Mkt Fd | A | Dividend | J | T | | | | | |
| 44. -JPMorgan TR I Intl Equity FD CL A | | None | | | Sold | 01/14/13 | J | C | |
| 45. -JPMorgan TR I Strategic Incm | C | Dividend | M | T | | | | | |
| 46. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 47. - Lord Abbett Short Duration Income Fund | A | Dividend | L | T | Buy | 09/10/13 | L | | |
| 48. - Managers AMG FDS | B | Dividend | K | T | Sold (part) | 04/26/13 | K | C | |
| 49. - Managed Portfolio Ser Tortois MLP & Pipeline FD inv | A | Dividend | K | T | Buy | 04/26/13 | K | | |
| 50. -Manning and Napier Fund World Opportunities | A | Dividend | K | T | | | | | |
| 51. -Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Northern LTS FD TR Southernsun US Equity Fd | A | Dividend | K | T | Buy | 09/11/13 | K | | |
| 53. -Oppenheimer International Growth Fund- CL A | A | Dividend | K | T | Buy (add'l) | 09/10/13 | K | | |
| 54. - Oppenheimer International Bond Fund | B | Dividend | | | Sold | 09/10/13 | K | A | |
| 55. - Payden Invt Group High Income Fd | C | Dividend | K | T | Sold (part) | 09/10/13 | K | A | |
| 56. - Prudential Jennison Mid Cap Growth Fd | | None | | | Sold | 09/10/13 | K | D | |
| 57. - Prudential Jennison Nat Res Fd | | None | | | Sold | 04/26/13 | J | A | |
| 58. - SPDR SER TR | A | Dividend | K | T | Sold (part) | 09/10/13 | K | B | |
| 59. - SPDR Gold TR Gold Shs | | None | | | Buy | 01/14/13 | K | | |
| 60. | | | | | Sold | 09/10/13 | K | A | |
| 61. - Sector SPDR Trust SHS Ben Int Industrial | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 62. - Sector SPDR Trust SHS Ben Int Technology | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 63. - Sector SPDR - Financial SHS BEn Int | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 64. - Thornburg Intl Value Fund CL A | A | Dividend | | | Sold | 04/26/13 | J | A | |
| 65. -Wasatch Advisors Funds Inc Small Cap | A | Dividend | J | T | | | | | |
| 66. Brokerage Statement #17 | | | | | | | | | |
| 67. - Alger Capital Appreciation Instl Portfolio | C | Dividend | K | T | | | | | |
| 68. - Artisan International Value fund Inv Shs | B | Dividend | K | T | Buy | 01/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Baron Asset Fd I Opportunity fd | B | Dividend | K | T | | | | | |
| 70. - Columbia FDS SER TR Small Cap Value II FD CL A | B | Dividend | J | T | | | | | |
| 71. - Columbia FDS SER TR II Mass Select Large Cap Value | B | Dividend | K | T | Sold (part) | 04/26/13 | J | B | |
| 72. -Cullen High Dividend Equity Fund | A | Dividend | K | T | Sold (part) | 09/10/13 | L | D | |
| 73. -Causeway International Value Fund Investor Class | A | Dividend | J | T | | | | | |
| 74. - Eaton Vance Mut FDS TR | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 75. - Doubleline FDS TR Total Return BD FD CL | C | Dividend | K | T | Sold (part) | 09/10/13 | K | A | |
| 76. - Guggenheim Mid Cap Value | B | Dividend | K | T | | | | | |
| 77. - Ishares Trust Russell 1000 Growth Index | A | Dividend | K | T | Sold (part) | 04/26/13 | J | A | |
| 78. - Ishares NASDAQ Biotechology Index Fd | A | Dividend | K | T | Buy | 04/26/13 | K | | |
| 79. - Ishares US Basic Materials | A | Dividend | K | T | Buy | 01/14/13 | K | | |
| 80. JPMorgan TR 1 Tax Free Money Mkt Fund | A | Dividend | J | T | | | | | |
| 81. -JPMorgan TR 1 Intl Equity FD CL A | | None | | | Sold | 01/14/13 | J | C | |
| 82. -JPMorgan TR 1 Strategic Incm Opptys | C | Dividend | M | T | | | | | |
| 83. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 84. - Lord Abbett Short Duration Income Fund CL A | A | Dividend | L | T | Buy | 09/10/13 | L | | |
| 85. - Managers AMG FDS | B | Dividend | K | T | Sold (part) | 04/26/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Managed Portfolio Ser Tortois MLP & Pipeline Fd Inv | A | Dividend | K | T | Buy | 04/26/13 | K | | |
| 87. - Manning and Napier Fund World Opportunities Ser CL A | A | Dividend | J | T | | | | | |
| 88. - Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 89. - Northern LTS Fd TR Southernsun US Equity Fd Inv | A | Dividend | K | T | Buy | 09/11/13 | K | | |
| 90. - Oakmark International Fund | A | Dividend | K | T | Buy | 04/29/13 | K | | |
| 91. -Oppenheimer International Growth Fund- CL A | A | Dividend | K | T | Buy (add'l) | 01/14/13 | K | | |
| 92. -Payden Invt Group High Income Fd | B | Dividend | | | Sold | 09/10/13 | L | A | |
| 93. - Prudential Jennison Mid Cap Gr Fd | | None | | | Sold | 09/10/13 | K | D | |
| 94. - Prudential Jennison Nat Res Fd | | None | | | Sold | 04/26/13 | J | A | |
| 95. - Oppenheimer International Bond Fund | B | Dividend | | | Sold | 09/10/13 | K | A | |
| 96. - SPDR SER TR | A | Dividend | K | T | Sold (part) | 09/10/13 | K | B | |
| 97. - SPDR Gold TR Gold SHS | | None | | | Buy | 01/14/13 | K | | |
| 98. | | | | | Sold | 09/10/13 | K | A | |
| 99. - Sector SPDR - Financial Shs Ben Int | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 100. - Sector SPDR Trust Shs Ben Int Industrial | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 101. - Sector SPDR Trust Shs Ben Int Technology | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 102. -Thornburg Intl Value Fund CL A | A | Dividend | | | Sold | 04/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Wasatch Advisors Funds Inc Small Cap | A | Dividend | J | T | | | | | |
| 104. - Goldman Sachs Tollkeeper Fund | | None | | | Closed | 04/11/13 | J | A | |
| 105. IRA #1 | E | Dividend | P1 | T | | | | | |
| 106. - Alger Capital Appreciation Instl Portfolio | | | | | | | | | |
| 107. - Artisan International Value Fund Inv Shs | | | | | Buy | 01/14/13 | K | | |
| 108. | | | | | Buy (add'l) | 09/11/13 | K | | |
| 109. - Baron Asset Fd Iopportunity Fund | | | | | | | | | |
| 110. - Blackrock Provident Instl FDS Tempfund | | | | | | | | | |
| 111. -Causeway International Value Fund Investor Class | | | | | Sold | 04/26/13 | K | A | |
| 112. -Cullen High Dividend Equity Fund | | | | | Sold (part) | 09/10/13 | M | E | |
| 113. -Columbia FDS SER TR Small Cap Value II Fd CL | | | | | | | | | |
| 114. - Columbia FDS SER TR II Mass Select Large Cap | | | | | Sold (part) | 04/26/13 | J | B | |
| 115. - Doubleline FDS TR Total Return BD FD CL N | | | | | | | | | |
| 116. - Eaton Vance Mut FDS TR FLTG Rate FD CL A | | | | | Buy | 09/11/13 | L | | |
| 117. - Oakmark International Fund | | | | | Buy | 04/29/13 | K | | |
| 118. - Guggenheim Mid Cap Value | | | | | | | | | |
| 119. -ING Mutual Funds Global Real Estate Fund CL A | | | | | Sold | 09/10/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Ishares Trust Russell 1000 Growth Index Fund | | | | | Sold (part) | 04/26/13 | J | B | |
| 121. -Ishare Core Total US Bd | | | | | Sold | 09/10/13 | K | C | |
| 122. - JP Morgan TR I Intl Equtiy Fd Cl A | | | | | Sold | 01/14/13 | J | A | |
| 123. - Ishares US Basic Materials | | | | | Buy | 01/14/13 | K | | |
| 124. - Ishares Tips Bond (Formerly Ishares TR Barclays Treas Inflation ) | | | | | Sold | 09/10/13 | L | C | See note in Part VIII |
| 125. - Ishares NASDAQ Biotechnology Index Fd | | | | | Buy | 04/26/13 | K | | |
| 126. -Lazard Emerging Markets Port Open SHS | | | | | | | | | |
| 127. - Lord Abbett Short Duration Income Fund CL A | | | | | Buy | 09/11/13 | M | | |
| 128. - Managers AMG FDS | | | | | Buy (add'l) | 09/11/13 | K | | |
| 129. | | | | | Sold (part) | 04/26/13 | K | C | |
| 130. - Managed Prtfolio Ser Tortois MLP & Pipelien Fd Inv | | | | | Buy | 04/26/13 | K | | |
| 131. -Manning and Napier Fund World Opportunities | | | | | | | | | |
| 132. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | | | | | |
| 133. - Northern LTS FD TR Southernsun US Equity Fd Inv | | | | | Buy | 09/11/13 | K | | |
| 134. -Oppenheimer International Growth Fund-CL A | | | | | Buy (add'l) | 09/11/13 | K | | |
| 135. -Oppenheimer International Bond Fund-CL A | | | | | | | | | |
| 136. -Pimco Total Return Fund-CL A | | | | | Sold (part) | 09/10/13 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Pimco High Yield Fund-CL A | | | | | Sold (part) | 09/10/13 | L | D | |
| 138. - Prudential Jennison Mid Cap | | | | | Sold | 09/10/13 | L | E | |
| 139. - Prudential Jennison Nat Res Fd | | | | | Sold | 04/26/13 | K | A | |
| 140. - Reserve Fund Primary Fund Treasury Class | | | | | | | | | |
| 141. -Ridgeworth FDS Intermediate BD FD CL 1 | | | | | Sold (part) | 09/10/13 | L | A | |
| 142. - SPDR SER TR | | | | | | | | | |
| 143. - SPDR Gold TR | | | | | Buy | 01/14/13 | K | | |
| 144. | | | | | Sold | 09/10/13 | K | A | |
| 145. - Sector SPDR Trust SHS Ben Int Industrial | | | | | Buy | 09/11/13 | K | | |
| 146. - Sector SPDR Trust SHS Ben Int Technology | | | | | Buy | 09/11/13 | K | | |
| 147. - Sector SPDR - Financial SHS Ben Int | | | | | Buy | 09/11/13 | K | | |
| 148. -Thornburg Intl Value Fund | | | | | Sold | 04/26/13 | J | B | |
| 149. IRA #2 | F | Dividend | P1 | T | | | | | |
| 150. - Alger Capital Appreciation Instl Portfolio | | | | | | | | | |
| 151. - Artisan International Value Fund Inv SHS | | | | | Buy | 01/14/13 | K | | |
| 152. | | | | | Buy (add'l) | 09/10/13 | K | | |
| 153. -Baron Asset Fd I Opportunity Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Blackrock Provident Instl FDS Temfund | | | | | | | | | |
| 155. -Cullen High Dividend Equity Fund | | | | | Sold (part) | 09/10/13 | L | D | |
| 156. -Columbia FDS SER TR Small Cap Value II FD CL A | | | | | | | | | |
| 157. - Columbia FDS SER TR II Mass Select Large Cap Value FD CL A | | | | | Sold (part) | 04/26/13 | K | C | |
| 158. - Doubleline FDS TR Total Return BD FD CL | | | | | | | | | |
| 159. - Eaton Vance MUT FDS TR | | | | | Buy | 09/10/13 | L | | |
| 160. - Oakmark International Fund | | | | | Buy | 09/10/13 | K | | |
| 161. - Guggenheim Mid Cap Value | | | | | | | | | |
| 162. - Ishares Trust Russell 1000 Growth Index Fd | | | | | Sold (part) | 04/26/13 | K | B | |
| 163. -Ishare Core Total US Bd | | | | | Sold | 09/10/13 | K | C | |
| 164. - Ishares U S Basic Materials ETF | | | | | Buy | 01/14/13 | K | | |
| 165. -Lazard Emerging Markets Port Open SHS | | | | | | | | | |
| 166. - Lord Abbett Short Duration Income Fund CL A | | | | | Buy | 09/10/13 | M | | |
| 167. - Ishares NASDAQ Biotechnology Index Fd | | | | | Buy | 04/26/13 | K | | |
| 168. - Ishares Tips Bond (Formerly Ishares TR Barclays Treas Inflation ) | | | | | Sold | 09/10/13 | L | C | See note in Part VIII |
| 169. -Manning And Napier Fund World Opportunities Ser CL A | | | | | | | | | |
| 170. - Managers AMG FDS | | | | | Buy (add'l) | 09/11/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 04/26/13 | K | C | |
| 172. - Managed Portfolio SER Tortois MLP & Pipeline Fd Inv | | | | | Buy | 04/26/13 | L | | |
| 173. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | | | | | |
| 174. - Northern LTS FD TR Southernsun US Equity Fd Inv | | | | | Buy | 09/11/13 | K | | |
| 175. - Oppenheimer International Growth Fund CL A | | | | | | | | | |
| 176. - Oppenheimer International Bond Fund CL A | | | | | | | | | |
| 177. -Pimco Total Return Fund CL A | | | | | Sold (part) | 09/10/13 | L | A | |
| 178. -Pimco High Yield Fund-CL A | | | | | Sold (part) | 09/10/13 | L | D | |
| 179. -Prudential Jennison Nat Res | | | | | Sold | 04/26/13 | K | A | |
| 180. - Prudential Jennison Mid Cap | | | | | Sold | 09/10/13 | L | E | |
| 181. -Reserve Fund Primary Fund Treasury Class | | | | | | | | | |
| 182. -Ridgeworth FDS Intermediate BD FD CL I | | | | | Sold (part) | 09/10/13 | K | A | |
| 183. - SPDR SER TR | | | | | Sold (part) | 09/10/13 | K | B | |
| 184. - SPDR Gold TR | | | | | Buy | 01/14/13 | K | | |
| 185. | | | | | Sold | 09/10/13 | K | A | |
| 186. - Sector SPDR Trust SHS Ben Int Industrial | | | | | Buy | 09/10/13 | K | | |
| 187. - Sector SPDR Trust SHS Ben Int Technology | | | | | Buy | 09/10/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Sector SPDR - Financial SS Ben Int | | | | | Buy | 09/10/13 | K | | |
| 189. -Thornburg Intl Value Fund CL A | | | | | Buy (add'l) | 03/25/13 | J | | |
| 190. | | | | | Sold | 04/26/13 | K | A | |
| 191. Retirement Plan for Partners #4 | D | Int./Div. | N | T | | | | | |
| 192. - FID Contrafund K | | | | | | | | | |
| 193. - FID Growth Co K | | | | | | | | | |
| 194. - FID Overseas K | | | | | Sold | 12/31/13 | K | C | |
| 195. - FID Emerging Mkts K | | | | | | | | | |
| 196. - FID Retire Money Market | | | | | Sold | 12/31/13 | L | A | |
| 197. - Intl Equity Fund | | | | | Buy | 12/01/13 | K | | |
| 198. - PIM Total RT Inst | | | | | Sold | 12/31/13 | L | A | |
| 199. - MIP CL 1 | | | | | Sold | 12/31/13 | K | A | |
| 200. - MIP CL 2 | | | | | Buy | 12/01/13 | L | | |
| 201. - NB Kaminsky II | | | | | | | | | |
| 202. - NB Kaminsky III | | | | | | | | | |
| 203. - TRP SM Cap Stock | | | | | Sold | 12/31/13 | K | B | |
| 204. - TRP Inst SM CAP | | | | | Buy | 12/01/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  College Access 529 Plan #2 | | None | K | T | | | | | |
| 206.  - Portfolio 005 | | | | | | | | | |
| 207.  College Access 529 Plan #3 | | None | J | T | | | | | |
| 208.  - Value Stock Index Portfolio | | | | | Open | 12/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cogan, Brian M. | 05/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page11, line 124; page 13, line 168:The name of asset of "Ishares Trust Ishares Barclays Treas Inflation" was changed to "Ishares Tips Bond".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Brian M. Cogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544